IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARVIN LEO REEVES, JR.**                                                                       **PLAINTIFF**
**ADC #119838**

**v.**                           **5:17CV00144-BRW-JJV**

**TRENDIA BAILEY, Deputy Correctional
Officer, Dub Brassell Detention Center;** *et al.*                             **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Partial Recommended Disposition in all respects.

Accordingly, Defendant Bolin is DISMISSED without prejudice due to Plaintiff's failure to state a claim against him.

IT IS SO ORDERED this 6th day of June, 2017.

                                                /s/ Billy Roy Wilson
                                                UNITED STATES DISTRICT JUDGE