IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARVIN LEO REEVES, JR.**                                                             **PLAINTIFF**
**ADC #119838**

VS.                    **5:17CV00144-BRW-JJV**

**TRENDIA BAILEY, Deputy Correctional**
**Officer, Dub Brassell Detention Center;** *et al.*                     **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Partial Recommended Disposition in all respects.

Accordingly, Defendant Bailey's Motion for Partial Summary Judgment (Doc. No. 26) is GRANTED.

Plaintiff's retaliation and medical care claims, as well as his official capacity claim for excessive force, are DISMISSED with prejudice.

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

IT IS SO ORDERED this 31st day of January, 2018.

                                              /s/ Billy Roy Wilson _____
                                              UNITED STATES DISTRICT JUDGE